IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

The CITY OF HUNTINGTON, a West
Virginia municipal corporation,

    Plaintiff/Counterclaim Defendant,

v.

                                                     Civil Action No. 3:22-cv-00402

THE LIFEHOUSE, INC.,
a West Virginia corporation,

    Defendant/Counterclaim Plaintiff/
    Third Party Plaintiff,

v.

MATHEW WINTERS,

    Third Party Defendant.

## DISMISSAL ORDER

Plaintiff/Counterclaim Defendant The City of Huntington and Third Party Defendant Mathew Winters, by undersigned counsel, and Defendant/Counterclaim Plaintiff/Third Party Plaintiff The Lifehouse, Inc., by undersigned counsel, represent to the Court that the above-styled civil action has been fully compromised and settled between the parties. Therefore, they jointly move this Court for an Order dismissing all claims, to include third party and counterclaims, against Plaintiff/Counterclaim Defendant The City of Huntington, Third Party Defendant Mathew Winters, and Defendant/Counterclaim Plaintiff/Third Party Plaintiff The Lifehouse, Inc., with prejudice and striking them from the docket of this Court.

The Court perceiving no objection to the motion is of the opinion to grant it.

IT IS, THEREFORE, ORDERED, based on the foregoing and for good cause shown, that the instant Civil Action is hereby dismissed with prejudice as to all claims, counterclaims, and third party claims with each party bearing their own costs and attorney's fees, except those contemplated for in accordance with the any relevant settlement agreement.

**Prepared by:**

/s/ Megan L. Southern
Lee Murray Hall, Esq. (WVSB #6447)
Michael A. Frye, Esq. (WVSB #7712)
Megan L. Southern, Esq. (WVSB #13529)
**JENKINS FENSTERMAKER, PLLC**
P.O. Box 2688
Huntington, WV 25726
Phone: (304) 523-2100
Fax: (304) 523-2347
LMH@JenkinsFenstermaker.com
MAF@JenkinsFenstermaker.com
MLS@JenkinsFenstermaker.com
*Counsel for Plaintiff/Counterclaim Defendant*
*The City of Huntington and Third Party Defendant Mathew Winters*

**Agreed to by:**

*/s/ John W. Alderman, III*
John W. Alderman, III, Esq. (WVSB #6216)
Law Office of John W. Alderman, III
3 Monticello Place
Charleston, West Virginia 25314
Phone (304) 531-8029
Johnalderman94@gmail.com

and

David R. Barney, Jr., Esq. (WVSB # 7958)
Thompson Barney
2030 Kanawha Boulevard, East
Charleston, West Virginia 25311
Phone: (304) 343-4401
Fax: (304) 343-4405
drbarneywv@gmail.com
*Counsel for Defendant/Counterclaim Plaintiff/Third Party Plaintiff The Lifehouse, Inc.*